# EXHIBIT A

Case 4:20-cv-03760   Document 198-1   Filed on 08/16/22 in TXSD   Page 1 of 4

# Chris Cowan

| | |
|---|---|
| **From:** | Laura Baughman <lbaughman@martinbaughman.com> |
| **Sent:** | Thursday, July 21, 2022 9:57 AM |
| **To:** | Chris Cowan; Joshua Michaels |
| **Cc:** | Rachel Wright; Cameron Dean; Rebecca Neumann; Caroline D. Walker; Ben Martin |
| **Subject:** | Re: EXTERNALRE: EXTERNALRobinson v. Ethicon - trial [IWOV-ButlerSnow.FID2836884] |

Chris:

At this time we do not plan to ask for a longer trial. We plan to go forward with the trial on October 18. If the trial lasts longer than 3 days, we will be prepared to stay for as long as it lasts.

Laura

**From:** Chris Cowan <Chris.Cowan@butlersnow.com>
**Date:** Thursday, July 21, 2022 at 9:49 AM
**To:** Laura Baughman <lbaughman@martinbaughman.com>, Joshua Michaels <jmichaels@martinbaughman.com>
**Cc:** Rachel Wright <rwright@martinbaughman.com>, Cameron Dean <cdean@martinbaughman.com>, Rebecca Neumann <rneumann@martinbaughman.com>, Caroline D. Walker <Caroline.Walker@butlersnow.com>, Ben Martin <BMartin@martinbaughman.com>
**Subject:** EXTERNALRE: EXTERNALRobinson v. Ethicon - trial [IWOV-ButlerSnow.FID2836884]

[CAUTION: This email originated from outside the Martin Baughman email environment.]

Good morning Laura:

I am following up on my email below concerning the Robinson trial.

Please advise as to whether Plaintiff will be requesting a longer trial from the Court.

Thank you,

**Chris Cowan**
**Butler Snow LLP**

D: (737) 802-1806 | C: (310) 403-4310 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Chris.Cowan@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

1

**From:** Laura Baughman <lbaughman@martinbaughman.com>
**Sent:** Friday, July 8, 2022 7:34 PM
**To:** Joshua Michaels <jmichaels@martinbaughman.com>
**Cc:** Chris Cowan <Chris.Cowan@butlersnow.com>; Rachel Wright <rwright@martinbaughman.com>; Cameron Dean <cdean@martinbaughman.com>; Rebecca Neumann <rneumann@martinbaughman.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Ben Martin <BMartin@martinbaughman.com>
**Subject:** Re: EXTERNALRobinson v. Ethicon - trial [IWOV-ButlerSnow.FID2836884]

Chris:

Let's address it later this month.

Thanks,
Laura

> On Jul 8, 2022, at 1:50 PM, Joshua Michaels <jmichaels@martinbaughman.com> wrote:
>
> Cc'ing Ben and Laura. One of them will get back to you.
>
> Sent from my iPhone
>
>
>> On Jul 8, 2022, at 4:38 PM, Chris Cowan <Chris.Cowan@butlersnow.com> wrote:
>>
>> [CAUTION: This email originated from outside the Martin Baughman email environment.]
>>
>> Rachel, et al:
>>
>> As I am sure you saw, Robinson was reassigned to Judge Hughes who recently set the case for a three-day trial beginning on October 18.
>>
>> If the trial is going to be limited to three days, that schedule currently works for our trial team.  If, however, the trial goes longer, it will conflict with a current setting for our trial team.
>>
>> Is Plaintiff going request a longer trial from the Court?  Please advise.
>>
>> Also, I understand many of you may be preparing for trial next week in Burris, so if this needs to wait to be addressed until later this month that is fine.  I just wanted to get the issue out there for discussion as early as possible.
>>
>> Thanks,
>>
>> **Chris Cowan**
>> **Butler Snow LLP**

D: (737) 802-1806 | C: (310) 403-4310 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Chris.Cowan@butlersnow.com | vCard | Bio

<image001.png>

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
<Robinson trial set.pdf>

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.