IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ROBINSON, | § § § | |
| Plaintiff, | § § § § § | |
| v. | § § | Civil Action No. 4:20-CV-03760 |
| JOHNSON & JOHNSON and ETHICON INC. | § § § § § § | |
| Defendants. | § | |

# ORDER

This Order addresses Plaintiff's Emergency Motion to Extend Time for Trial (the "Motion"), the Response of Defendants, and Plaintiff's Reply in Support, if any. After considering the pleadings and motion, and the case file, the Court rules:

The Motion is DENIED.

Signed on _____, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

1