Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Matar   ☐ Troutman |
| DATE | 08/24/2022 |
| TIME | 11:35 a.m. — 1:25 p.m. |
| CIVIL ACTION | 20 - cv - 3760 |
| STYLE | Maria Robinson versus Ethicon Inc., et al |

DOCKET ENTRY

☑ Conference  ☐ Hearing  Day ____  ☐ Bench  ☐ Jury Trial   Reporter: Dye

Ben Martin _____ for Maria Robinson
Caroline Walker, Jordan Walker, ___ for Ethicon Inc., et al
Michael Brown _____ for _____
_____ for _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____
☑ Motions taken under advisement: Motion to Extend Time for Trial
☑ Order to be entered.
☐ Internal review set: _____
☑ Rulings rendered on: Motion to extend time for trial (197)

09-2021